**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02140-REB-KLM

CECILIA MONTES,

    Plaintiff,

v.

JUNIOR'S CARPET CLEANING & PAINTING, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Dismissal With Prejudice** [#20][1] filed February 14, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Dismissal With Prejudice** [#20] filed February 14, 2012, is **GRANTED**;

    2. That the Trial Preparation Conference set for September 28, 2012, is **VACATED**;

    3. That the jury trial set to commence October 15, 2012, is **VACATED**; and

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 14, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge